**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gregorio PENUELAS–SANCHEZ,
Defendant–Appellant.**

**No. 07–50314.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 14, 2009.*

Filed Sept. 30, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Gregorio Penuelas–Sanchez appeals from the 60–month sentence imposed following his guilty-plea conviction for importing cocaine, in violation of 21 U.S.C. §§ 952, 960. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Penuelas–Sanchez contends that the 60–month sentence imposed by the district court is unreasonable, in light of the 41–month sentence agreed to by both parties, because the 41–month sentence is sufficient but not greater than necessary to accomplish the goals of sentencing. The record reflects that the sentence imposed is reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors. *See United States v. Nichols,* 464 F.3d 1117, 1124–26 (9th Cir.2006).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.